IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-837-KDB-DCK

| | |
|---|---|
| **BLAIR ARTIS, et al.,** | ) |
| **Plaintiff,** | ) **ORDER** |
| v. | ) |
| **GARDAWORLD CASH SERVICE INC.,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Local Counsel Dana Smith on October 4, 2024.

Applicant Oren Faircloth seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Oren Faircloth is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: October 4, 2024

David C. Keesler
United States Magistrate Judge