IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-837-KDB-DCK

| | |
|---|---|
| BLAIR ARTIS, et al., | )<br>) |
| Plaintiff, | ) **ORDER**<br>) |
| v. | )<br>) |
| GARDAWORLD CASH SERVICE INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Local Counsel Nishma Patel on October 12, 2024.

Applicant Lindsey Camp seeks to appear as counsel *pro hac vice* for Defendant GardaWorld Cash Service Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Lindsey Camp is hereby admitted *pro hac vice* to represent GardaWorld Cash Service Inc.

**SO ORDERED**.

Signed: October 14, 2024

David C. Keesler
United States Magistrate Judge