# United States District Court
## Western District of North Carolina
## Charlotte Division

| | |
|---|---|
| Jonathan Fisher<br>Blair Artis**,**<br><br>Plaintiffs,<br><br>vs.<br><br>GardaWorld Cash Service Inc.**,**<br><br>Defendant | JUDGMENT IN CASE<br><br>3:24-cv-00837-KDB-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 20, 2026 Order.

February 20, 2026

Katherine Hord Simon, Clerk
United States District Court